UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON E. NEWSTED,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. C20-5051-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 24, 2021, Plaintiff submitted a praecipe. (Dkt. # 19.) Plaintiff's praecipe requests that this Court revise its previous Order granting Plaintiff's motion for 42 U.S.C. § 406(b) fees to strike language noting that "any past-due benefits withheld by the Commissioner in excess of the amount allowed pursuant to this Order may be released to Plaintiff."[1] (*Id.* at 1 (citing dkt. # 18 at 1-2).) Because this language was specifically requested by Defendant in its lack of opposition to Plaintiff's motion (dkt. # 17 at 1-2), the Court construes Plaintiff's praecipe

---

[1] Plaintiff's praecipe additionally indicated that his counsel's address changed in January 2021. (Dkt. # 19 at 1.) The Court will correct this omission in a forthcoming Order.

MINUTE ORDER - 1

as a motion for reconsideration under Local Civil Rule 7(h). Defendant is directed to submit a response to Plaintiff's request by **January 14, 2021**.

Dated this 6th day of January, 2022.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2