UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON E. NEWSTED,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C20-5051-MLP<br><br>MINUTE ORDER |

　　　　The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

　　　　On January 6, 2022, this Court directed Defendant to submit a response to Plaintiff's motion for reconsideration under Local Civil Rule 7(h) (dkt. # 20), which Defendant submitted on January 10, 2022 (dkt. # 21). Under Local Rule 7(h)(1), motions for reconsideration are generally disfavored. Such motions will usually be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." LCR 7(h)(1). Accordingly, Plaintiff is directed to submit a reply to Defendant's response by **January 28, 2022**, that addresses why

MINUTE ORDER - 1

the objected language in the Court's previous Order granting 42 U.S.C. § 406(b) fees to Plaintiff should be stricken under the LCR 7(h)(1) standard.

Dated this 20th day of January, 2022.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2